FILED DEC 20 '22 PM 4:21 USDCALS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE ~~Middle~~ Southern DISTRICT OF ALABAMA
# _____ DIVISION

Frank Hill
_____

_____

**PLAINTIFF**

v.                                              CASE ACTION NO.: 22-CV-504-TFM-MU

North Mobile Nursing and Rehabilitation          JURY DEMAND (MARK ONE)
Kathy Odom and Erika Lacour, in their
individual and officiaal capacity(s)                  ☑ YES        ☐ NO
**DEFENDANT**


## EEOC COMPLAINT

1. Plaintiff resides at Mailing at 808 meaher Avenue, Prichard, Alabama 36610

2. Defendant(s)' name(s) Kathy Odom; North Mobile Nursing and Rehabilitation; and Erika LaCour, in her individual and official capacity

   Location of principal office(s) of the named defendant(s)
   4525 Saint Stephens Road, Eight Mile, Alabama 36613; and 63 South Royal Street, Suite 504, Mobile, Alabama 36602

   Nature of defendant(s)' business For profit business and Investigation agency.

   Approximate number of individuals employed by defendant(s) over 100; and over 100

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employement discrimination. Jurisdiction is specifically conferred on the Court by 42 U.S.C. §2000e-5. Equitable and other relief are also sought under 42 §2000e-5(g).

4. The acts complained of in this suit concern:

   1. ☐ Failure to employ me.
   2. ☑ Termination of my employment.
   3. ☑ Failure to promote me.
   4. ☑ Other acts as specified below: See charge of discrimination as incorporated hereto and the COVID-19 amendment and the civil rights and constitution complaint against Erika Lacour.

5. Plaintiff is:
   A. ___ Presently employed by the defendant.
   X   Not presently employed by the defendant. The dates of employement were
   _27 YEARS_____ Employment was terminated because:

   (1) X   Plaintiff was discharged.
   (2) ___ Plaintiff was laid off.
   (3) ___ Plaintiff left job voluntarily.

6. Defendant(s)' conduct is discriminatory with respect to the following:

   A. X   My race.
   B. ___ My religion.
   C. X   My sex.
   D. ___ My national origin.
   E. X   Other, as specified below: See also paragraph number four as stated above.

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are) Noth Mobile Nursing and Rehabilitation, owners all white, Kathy Odom, white, female, personnel director and other position and title.
After employment is Erika LaCour, race unknown, sex unknown employed with the federal government.

8. The alleged discrimination occurred on or about See charge of discrimination attached hereto,.......

9. The nature of my complaint, i.e., the manner in which the individual(s) named above discriminated against me in terms of the conditions of my employment, is as follows:
See charge of discrimination attached hereto. Also, see civil rights complaint attached hereto involving listed defendants.

10. The alleged illegal activity took place at See charge of discrimination attached hereto and

See also, charge of discrimination as to defendants.

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s)' alleged discriminatory conduct on or about see charge of discrimination and fax attached, etal. I have attached a copy of the Notice-of-Right-to-Sue letter issued by the Equal Employment Opportunity Commission. The letter was received by me on see letter evidence attached 9/23/2022.

12. I seek the following relief:

   A.   X   Recovery of back pay.
   B.   X   Reinstatement to my former job, and any other relief as may be appropriate, including injunctive orders, damages, costs, and attorneys fees.

Date: 12/20/2022

Signature of Plaintiff

808 Meaher Avenue
Prichard, Alabama 36610

Address & Telephone Number of Plaintiff

EEOC Form 5 (5/01)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

Charge Presented to: Agency(
___ FEPA
_X_ EEOC

_____ and EEOC
State or local Agency, if any

**Name** (indicate Mr. Ms. Mrs.): FRANK HILL, JR.
**Home Phone** (Incl. Area Code): 251-321-4181

**Street Address**: 808 Meaher Street, Prichard, AL 36610

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local G That I believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: North Mobile Nursing + Rehabilitation Center
**No. Employees, Members**: over 100
**Phone No.**: 251-45_

**Name**: Kathy Odom - white female
**Street Address**: 4525 St. Stephens Rd., Prichard AL 36613

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
✓ RACE  ___ COLOR  ✓ SEX  ___ RELIGION  ___ NATIONAL ORIGIN
✓ RETALIATION  ✓ AGE  ___ DISABILITY  ✓ OTHER (Specify below.)
U.S. Equal Pay

**DATE(S) DISCRIMINA**
Earliest    Lat
Within 180
___ CONTINUING ACT

**THE PARTICULARS ARE** (If additional paper is needed, attached extra sheet(s)):

This a timely filed charge of discrimination. The respondents' discriminated against complainant as checked on the f the respondents' caused complainant to contract the world wide virus due to discrimination and job threat demands placed upon your complainant. Complainant is a member of the protected class and received desperate wages and complainant's salary is in violation of the US Equal Pay for Equal Work Law. White females during the same job as Co receive higher pay than Complainant.

Also, your complainant has filed an Occupation Safety Complaint in support of the truth of the matters concerning w safety. The Respondents' represent the superior authority subject to liability under the law and their connection to h resources matters and issues.

A review, and an investigation are requested. **Please investigate this complaint**.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – When necessary for Stat Requirements

I declare under penalty of perjury that the above is true and correct.

5/9/2020
Date     Charging Party Signature

I swear or affirm that I have read the that it is true to the best of my knowl belief.
SIGNATURE OF COMPLANANT

5/9/2020
SUBSCRIBED AND SWORN TO BEFOR
(month, day, year)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Mobile Local Office
63 South Royal Street, Suite 504
Mobile, AL 36602
(251) 304-7920
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

**To:** Mr. Frank L. Hill Jr.
808 Meaher Ave.
Prichard, AL 36610

Charge No: 846-2020-20394

EEOC Representative and email:    CYNTHIA WILSON
Investigator
cynthia.wilson@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 846-2020-20394.

On behalf of the Commission,

Cynthia Wilson  Digitally signed by Cynthia Wilson
Date: 2022.09.21 13:48:40 -05'00'

For Erika LaCour
Mobile Local Office Director