IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FRANK HILL,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**NORTH MOBILE NURSING and** )<br>**REHABILITATION,** *et al.*, )<br>)<br>**Defendants.** ) | CIV. ACT. NO. 1:22-cv-504-TFM-MU |

### MEMORANDUM OPINION AND ORDER

On March 27, 2023, the Magistrate Judge entered a Report and Recommendation which recommends Plaintiff's Motion for Default Judgment (Doc. 16, filed 3/17/23) be denied. *See* Doc. 18. No objections were filed and the timeframe has passed.

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, Plaintiff's Motion for Default Judgment as to Ericka LaCour (Doc. 16) is **DENIED**.

Additionally, as noted in the Report and Recommendation, the Court reiterates an upcoming service deadline for the Plaintiff. Fed. R. Civ P. 4(m) states "[i]f a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But, if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." The Amended Complaint was filed in response to a Court directive on February 6, 2023 and summons were provided at intake on February 7, 2023. *See* Doc. 5. Therefore, the 90 day deadline for service is approaching on

May 8, 2023. Plaintiff must either provide proof of service on or before that deadline or file an extension which establishes good cause for the failure to serve. Failure to do so may result in the dismissal of Defendant Erika LaCour from this lawsuit pursuant to Rule 4(m).

**DONE** and **ORDERED** this 2nd day of May, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE