# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **FRANK HILL,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:22-cv-504-TFM-MU |
| | ) |
| **NORTH MOBILE NURSING and** | ) |
| **REHABILITATION,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Court's prior Opinions and Orders (Docs. 24, 27, 29), it is **ORDERED, ADJUDGED, and DECREED** that Plaintiff's claims are **DISMISSED**. The following claims are **DISMISSED with prejudice**: (1) claims asserted against Defendant Kathy Odom in her individual capacity, (2) claims of conspiracy, and (3) claims brought pursuant to § 1983 for alleged violations of the Eighth and Fourteenth Amendments. The remaining claims are **DISMISSED without prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 1st day of March, 2024.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE